FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 05 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01074-BNB

ANTHONY SMITH,

    Plaintiff,

v.

ROCHELE TAYLOR, and
KYLAH THOMPSON,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Anthony Smith, acting *pro se*, initiated this action by filing a Complaint. The Court must construe the Complaint liberally because Mr. Smith is not represented by an attorney. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Complaint is held to standards less stringent than those governing a formal pleading drafted by lawyers. *See id.* However, the Court should not be an advocate for a *pro se* litigant. See *Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will dismiss the Complaint for lack of subject matter jurisdiction.

Mr. Smith asserts that Defendants asserted false claims of domestic abuse against him, which resulted in his arrest, false imprisonment, and misdemeanor charges filed against him. Mr. Smith further contends that Defendants have slandered him and violated his Fourth and Fourteenth Amendment rights. Mr. Smith also asserts

jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1367(a) and 42 U.S.C. § 1983 and seeks money damages.

Section 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." *Conn v. Gabbert*, 526 U.S. 286, 290 (1999); *see also Wyatt v. Cole*, 504 U.S. 158, 161 (1992) ("[T]he purpose of § 1983 is to deter state actors from using the badge of their authority to deprive individuals of their federally guaranteed rights and to provide relief to victims if such deterrence fails."). Pursuant to 42 U.S.C. § 1983, Mr. Smith must allege that Defendants violated his rights under the Constitution and laws of the United States while they acted under color of state law. *See Adickes v. S. H. Kress & Co.*, 398 U.S. 144, 150 (1970). "[T]he under-color-of-state-law element of § 1983 excludes from its reach merely private conduct, no matter how discriminatory or wrongful." *American Mfrs. Mut. Ins. Co. v. Sullivan*, 526 U.S. 40, 50 (1999) (internal quotation marks omitted). The only proper defendants in a § 1983 action are those who " 'represent [the state] in some capacity, whether they act in accordance with their authority or misuse it.' " *NCAA v. Tarkanian*, 488 U.S. 179, 191 (1988) (quoting *Monroe v. Pape*, 365 U.S. 167, 172 (1961)).

"The party seeking to invoke the jurisdiction of a federal court must demonstrate that the case is within the court's jurisdiction." *United States v. Bustillos*, 31 F.3d 931, 933 (10th Cir. 1994). Mr. Smith's claims against Defendants challenge private conduct. Nothing Mr. Smith asserts supports a finding that Defendants are state actors. For these reasons, the Court finds that the Complaint lacks subject matter jurisdiction. The issue of subject matter jurisdiction may be raised sua sponte by the Court at any time

during the course of the proceedings. See *McAlester v. United Air Lines, Inc.*, 851 F.2d 1249, 1252 (10th Cir. 1988). Pursuant to Fed. R. Civ. P. 12(h)(3), the Court must dismiss an action if the Court lacks subject matter jurisdiction. Therefore, the Court will dismiss the Complaint and action pursuant to Rule 12(h)(3).

The Court also will decline to exercise supplemental jurisdiction over any state law claims that Mr. Smith asserts because the constitutional claims over which the Court may have had original jurisdiction will be dismissed. See 28 U.S.C. § 1367(c)(3). Accordingly, it is

ORDERED that the Complaint is dismissed without prejudice pursuant to Fed. R. Civ. P. 12(h)(3).

DATED at Denver, Colorado, this __5th__ day of ____May____, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Judge,
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01074-BNB

Anthony Smith
10765 E Virginia Ave #I
Aurora, CO 80012

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on May 5, 2011.

                                      GREGORY C. LANGHAM, CLERK

                            By: _____
                                          Deputy Clerk